Reset Form

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERVPRO INTELLECTUAL PROPERTY, INC. and SERVPRO INDUSTRIES, INC., <br><br>          Plaintiff(s), <br><br>     v. <br><br> PROSERVE BUILDING SERVICE MAINTENANCE, INC. et. al. <br><br>          Defendant(s). | Case No: 4:15-cv-02283-HSG <br><br> **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** <br> (CIVIL LOCAL RULE 11-3) |

I, Edward D. Lanquist, Jr., an active member in good standing of the bar of Tennessee, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: the Plaintiffs in the above-entitled action. My local co-counsel in this case is Jeffrey R. Groendal, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Patterson Intellectual Property Law, PC <br> 1600 Division St., Ste 500 Nashville, TN 37203 | Klinedinst PC , 777 S. Figeroa St, Ste 2800, <br> Los Angeles, CA 90017 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (615) 242-2400 | (213) 406-1100 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| edl@iplawgroup.com | jgroendal@klinedinstlaw.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 13303.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 06/04/15                                                                         Edward D. Lanquist, Jr.
                                                                                                              APPLICANT

---

### ORDER GRANTING APPLICATION
### FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Edward D. Lanquist, Jr. is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 6/5/2015                                                                         *Haywood S. Gill Jr.*
                                                                                         UNITED STATES DISTRICT/ ~~MAGISTRATE~~ JUDGE

# CLERK OF THE SUPREME COURT

# STATE OF TENNESSEE

I, James M. Hivner, Clerk of the Supreme Court, do hereby certify that EDWARD D. LANQUIST, JR. is a licensed and practicing attorney of the Courts of this State, having taken the oath as prescribed by law, is enrolled as an attorney of this Court, and is in good standing. The Supreme Court is the Court of last resort in Tennessee.

Date of Enrollment: October 26, 1988

In testimony whereof, I have set my hand and affixed the seal of the Court on this the 2nd day of February, 2015.

James M. Hivner, Clerk

By: _MB Lindsey_ D.C.
MaryBeth Lindsey