1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**NORTHERN DISTRICT OF CALIFORNIA**

KLINEDINST PC
777 S. FIGUEROA ST., SUITE 2800
LOS ANGELES, CALIFORNIA 90017

| | |
|---|---|
| 10 SERVPRO INTELLECTUAL<br>PROPERTY, INC.; and SERVPRO<br>11 INDUSTRIES, INC., | Case No.    3:15-CV-02283-HSG<br>(Transferred from USDC Central<br>District of CA 5/19/15) |
| 12            Plaintiff, | **ORDER APPROVING REQUEST FOR LEAD<br>TRIAL COUNSEL EDWARD D. LANQUIST,<br>JR. TO APPEAR TELEPHONICALLY AT<br>AUGUST 18, 2015 CASE MANAGEMENT<br>CONFERENCE** |
| 13      v. | |
| 14 PROSERVE BUILDING SERVICE<br>MAINTENANCE, INC.; HECTOR<br>15 MARQUEZ, an individual; and DOES 1 –<br>100, Inclusive, | [Local Rule 16-10(a)] |
| 16            Defendant. | DATE:       August 18, 2015<br>TIME:        2:00 p.m. |
| 17 | CTRM:       15 |
| 18 | Judge:            Hon. Haywood S. Gilliam, Jr.<br>Magistrate Judge:  None |
| 19 | Complaint Filed:   1/22/15<br>Trial Date:        None set |
| 20 | |

21        Having considered the request of Plaintiffs SERVPRO INTELLECTUAL PROPERTY,

22 INC. and SERVPRO INDUSTRIES, INC. for telephonic appearance by Pro Hac Vice Lead Trial

23 Counsel Edward Lanquist, Jr. of Patterson Intellectual Property Law at the August 18, 2015 Case

24 Management Conference,

25 / / /

26 / / /

27 / / /

28
- 1 -

1       IT IS ORDERED THAT, Pro Hac Vice Lead Trial Counsel Edward Lanquist, Jr. is

2   granted permission to appear telephonically at the August 18, 2015 Case Management

3   Conference.  Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the

4   telephonic appearance .

5

6

7   DATED:    August 10, 2015

    United States District Court Judge

8   16316205v1

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER APPROVING REQUEST FOR LEAD TRIAL COUNSEL EDWARD D. LANQUIST, JR.
TO APPEAR TELEPHONICALLY AT AUGUST 18, 2015 CASE MANAGEMENT CONFERENCE
3:15-CV-02283-HSG
(Transferred from USDC Central District of CA 5/19/15)

KLINEDINST PC
777 S. FIGUEROA ST., SUITE 2800
LOS ANGELES, CALIFORNIA 90017