UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SERVPRO INTELLECTUAL PROPERTY INC., et al.,

    Plaintiffs,

v.

PROSERVE BUILDING SERVICE MAINTENANCE INC., et al.,

    Defendants.

Case No. 15-cv-02283-HSG

**ORDER VACATING CASE MANAGEMENT CONFERENCE AND SETTING CASE SCHEDULE**

The case management conference previously scheduled for August 18, 2015 is vacated. Pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10, the Court sets the following case deadlines:

| Event | Date |
| --- | --- |
| Deadline to Complete Initial Expert Disclosures | October 12, 2015 |
| Deadline to Complete Rebuttal Expert Disclosures | November 9, 2015 |
| Deadline to Complete Mediation | November 13, 2015 |
| Deadline to Amend Pleadings | November 13, 2015 |
| Close of Fact and Expert Discovery | January 8, 2016 |
| Last Day to Hear Dispositive Motions | February 4, 2016 |
| Pretrial Conference | April 26, 2016[1] 3:00pm |
| Jury Trial | May 2, 2016 8:30am 5 days |

---

[1] The parties are advised that their proposed date of April 25, 2016 does not align with the Court's pretrial conference calendar.

1   The parties are directed to review and comply with this Court's Civil Pretrial and Trial
2   Standing Order.

3   **IT IS SO ORDERED.**

4   Dated: August 13, 2015

        _____
        HAYWOOD S. GILLIAM, JR.
        United States District Judge