1  Carey L. Cooper, Bar No. 195090
   KLINEDINST PC
2  777 S. Figueroa St., Suite 2800
   Los Angeles, California  90017
3  (213) 406-1100/FAX (213) 406-1101
   ccooper@klinedinstlaw.com
4
   Jeffrey R. Groendal, Bar No. 254097
5  KLINEDINST PC
   777 S. Figueroa Street, Suite 2800
6  Los Angeles, CA 90017
   (213) 406-1100 / FAX (213) 406-1101
7  jgroendal@klinedinstlaw.com

8  Edward D. Lanquist, Jr. (Pro Hac Vice)
   Scott M. Douglass (Pro Hac Vice)
9  PATTERSON INTELLECTUAL
   PROPERTY LAW
10 1600 Division Street, Suite 500
   Nashville, Tennessee  37203
11 (615) 242-2400/FAX (615) 242-2221
   edl@iplawgroup.com
12 smd@iplawgroup.com

13 Attorneys for Plaintiffs
   SERVPRO INTELLECTUAL
14 PROPERTY, INC.; and SERVPRO
   INDUSTRIES, INC.
15

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERVPRO INTELLECTUAL PROPERTY, INC.; and SERVPRO INDUSTRIES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>PROSERVE BUILDING SERVICE MAINTENANCE, INC.; HECTOR MARQUEZ, an individual; and DOES 1 – 100, Inclusive,<br><br>Defendant. | Case No.   3:15-CV-02283-HSG<br>              (Transferred from USDC<br>              Central District of CA 5/19/15)<br><br>[~~PROPOSED~~] **ORDER ON RULE 41 NOTICE OF DISMISSAL**<br><br>Judge:        Hon. Haywood S. Gilliam, Jr.<br>Magistrate Judge: None<br>Complaint Filed:  1/22/15<br>Trial Date:    None set |

- 1 -

After settling the underlying dispute, Plaintiffs Servpro Intellectual Property, Inc. and Servpro Industries, Inc. (collectively "Plaintiffs") and Defendants Hector Marquez and Proserve Building Service Maintenance, Inc. ("Defendants") stipulated to the dismissal of the case with prejudice. There being good cause for such dismissal, it is hereby ORDERED that this case be dismissed with prejudice. All pending deadlines, including the case management conference scheduled for January 19, 2016, are canceled.

IT IS SO ORDERED.

Date: 1/6/2016

*Haywood S. Gilliam, Jr.*

U.S. District Judge